Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR06-5528 FDB |
| Plaintiff, ) | |
| ) | ORDER ALLOWING WITHDRAWAL |
| v. ) | OF ATTORNEY OF RECORD |
| ) | |
| TIGRE ROBERTSON, ) | |
| ) | |
| Defendant ) | |

THIS MATTER having come before the court upon motion of the defendant, TIGRE ROBERTSON, by and through his counsel of record, Michael E. Schwartz;

AND THIS COURT having reviewed the motion of defendant, the declaration of counsel, the records and files herein, and being otherwise fully apprised of the circumstances does hereby

ORDER, DECLARE, AND DECREE that Bret Purtzer is allowed to withdraw as attorney of record for defendant, TIGRE ROBERTSON and Michael Schwartz is allowed to substitute as attorney of record.

DATED this 2nd day of October, 2006.

/s/ Franklin D Burgess
Honorable Franklin D Burgess
United States District Court Judge

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ

By: _____/s/_____
Michael E. Schwartz, WSBA #21824
Attorney for Defendant