Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    CR06-5528FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER ALLOWING ADDITIONAL TIME TO FILE RESPONSE TO MOTIONS IN LIMINE |
| TIGRA ROBERTSON, | ) | |
| Defendant. | ) | |

This Court has considered the Defendant's Motion to Allow Additional Time to File Response to Motions in Limine. The Court finds the Defendant's counsel needs additional time to respond.

IT IS THEREFORE ORDERED that the defendant has until January 11, 2007 to file their responses.

DATED this 4th day of January 2007.

        /s/ Franklin D Burgess

United States District Judge

Judge Franklin D. Burgess

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.

By: ___/s/_____
    Michael E. Schwartz, WSBA #21824
    Attorney for Defendant

ORDER RE: EXTENSION - 1