1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TIGRA J.A. ROBERTSON,

        Defendant.

Case No. CR06-5528FDB

ORDER GRANTING MOTION TO
COMPEL LINEUP

      The Government moves for an order compelling Defendant Tigra A. Robertson to submit to

a lineup for identification purposes, and the Defendant has filed a response stating he does not

oppose the motion as to witness Chad Palmer.  ACCORDINGLY,

      IT IS ORDERED: The Government's Motion To Compel Lineup [Dkt. # 148] is GRANTED

and the lineup shall take place at a date and place agreed to by the parties, but not later than March

16, 2007.

      DATED this 28th day of February, 2007.



                 FRANKLIN D. BURGESS
                 UNITED STATES DISTRICT JUDGE

ORDER - 1