Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                              )<br>                  Plaintiff,          )<br>                                              )<br>           v.                                 )<br>                                              )<br>TIGRA J.A. ROBERTSON,         )<br>                                              )<br>                  Defendant.       )<br>_____) | NO.  CR06-5528FDB<br><br>ORDER GRANTING<br>STIPULATED MOTION TO EXTEND )<br>TIME FOR LINEUP |

The United States, and Defendant Tigra J.A. Robertson, having filed a stipulated motion seeking to extend time to conduct an in-person lineup of Robertson, ACCORDINGLY,

IT IS ORDERED that the stipulated motion is GRANTED and the lineup shall

//

//

//

[PROPOSED] ORDER/Motion Regarding Extension of Lineup - 1
United States v. Blum, et al./Tigra Roberston/CR06-5528FDB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  take place at a date and place agreed to by the parties, but no later than April 2, 2007.

2      IT IS SO ORDERED.

4      DATED this 14th day of March, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Michael Dion_____
MICHAEL DION
Assistant United States Attorney

s/ Jill Otake_____
JILL OTAKE
Assistant United States Attorney

s/ Michael Schwartz (per telephonic auth.)
MICHAEL SCHWARTZ

[PROPOSED] ORDER/Motion Regarding Extension of Lineup - 2
United States v. Blum, et al./Tigra Roberston/CR06-5528FDB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800